UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60027-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK HERNANDEZ, et al.

    Defendants.
_____

## **O R D E R**

THIS CAUSE is before the Court on defendant **Lawrence Pinkoff's** Motion to Adopt (DE 372) defendants EVA's and Tropic's Motion to Dismiss Indictment.  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED except as to any matter where standing is an essential element of participation.  Any appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

DONE AND ORDERED at Fort Lauderdale, Florida, this 13th day of June, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez & Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)