UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60027-CR-ZLOCH/Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANK HERNANDEZ, et al.

    Defendants.
_____

**O R D E R**

THIS CAUSE is before the Court on defendant **Lawrence Pinkoff's** Motion to Join and Adopt Co-Defendants' Motions (DE 509 & 510). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motions are GRANTED. Defendant Lawrence Pinkoff is permitted to join in and adopt the following motions: (1) Defendant Howard Helfant's Motion to Preclude the Government's Use or Introduction of all Government Discovery Disclosed in Violation of This Court's Standing Discovery Order (DE 453), (2) Defendant Hannibal Edward's Motion to Dismiss Indictment (DE 457), (3) Defendant Serge Francois' Motion to Dismiss Indictment (DE 464) and (4) Defendant Howard Helfant's Motion to Dismiss Indictment (DE 472), except as to any matter where standing is an essential element of participation. Any

appeal from or objection to any magistrate judge ruling must be taken individually, specifically and timely.

DONE AND ORDERED at Fort Lauderdale, Florida, this 17th day of August, 2007.

*[signature: Lurana S. Snow]*
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Ellen Cohen (WPB)
Richard Hersch, Esq. (D-Frank Hernandez & Amada Hernandez)
Chris Grillo, Esq. (D-Marhee)
Greg Ross, Esq. (D-Marhee)
Bruce Lyons, Esq. (D-Antonio)
Joe Rosenbaum, Esq. (D-Pinkoff)
Jon May, Esq. (D-E.V.A. Global & Tropical)
David Bogenschutz, Esq. (D-Antoniou)
David Vinikoor, Esq. (D-Wiseberg)
Jeffrey Voluck, Esq. (D-Helfant)
Sean Ellsworth, Esq. (D-Francois)
Alberto Acuna, Esq. (D-Concept RX)
Jeff Harris, Esq. (D-Cruz)
Michael Hursey, Esq. (D-Walker)
Richard Della Fera, Esq. (D-Echols)
Dan Forman, Esq. (D-Edwards and Local Counsel for Hardiman)
Mark Hardiman, Esq. (D-Edwards)
AFPD Chantel Doakes (FTL) (D-Baron)